**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Emilio CUBA–HUERTA, Defendant–
Appellant.**

No. 07–10526.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 4, 2008.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Aaron Wegner, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Randolfo V. Lopez, Esq., Tucson, AZ, for Defendant–Appellant.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Emilio Cuba–Huerta appeals from the 37–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Cuba–Huerta contends that the district court erred by applying a 16–level enhancement for a prior crime of violence, pursuant to U.S.S.G. § 2L1.2(b)(1)(A), because the sentence for his prior conviction was less than one year. This contention is foreclosed. *See United States v. Pimentel–Flores,* 339 F.3d 959, 963–64 (9th Cir. 2003).

We reject Cuba–Huerta's contention that *Pimentel–Flores* is no longer good law in light of *United States v. Figueroa–Ocampo,* 494 F.3d 1211 (9th Cir.2007).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.